**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6140**

JAMES HERMAN RAYNOR, SR.,

Plaintiff - Appellant,

v.

MARK A. BAILEY, JR., Warden of Lunenburg Correctional Center; JOSEPH WALTERS, Virginia Department of Corrections Director; ABIGAIL SPANBERGER, Governor of Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-00008-LMB-LRV)

Submitted:  April 28, 2026                          Decided:  May 28, 2026

Before WILKINSON, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Herman Raynor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Herman Raynor, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1) without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny Raynor's motions for appeal to be granted and remanded, to submit affidavit in support of motion, for writ of mandamus and to file an affidavit, to submit evidence and for evidence retention, to submit evidence and for affidavit for submitting evidence, and for emergency evacuation order, and affirm the district court's order. *Raynor v. Bailey*, No. 1:25-cv-00008-LMB-LRV (E.D. Va. Feb. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*